UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   <u>23-MJ-8511-BER</u>

UNITED STATES OF AMERICA

vs.

ANTONIO CHAY-CHAY,
     a/k/a "Antonio Chaj-Chaj," and
     a/k/a "Anthony Chavez,"

     Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   <u>No</u>

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   <u>No</u>

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   <u>No</u>

          Respectfully submitted,

          MARKENZY LAPOINTE
          UNITED STATES ATTORNEY

By:   */s/ Robin W. Waugh*
      Robin W. Waugh
      Assistant United States Attorney
      FL Bar No. 0537837
      500 South Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561)820-8711
      Email: robin.waugh@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANTONIO CHAY-CHAY,<br>a/k/a "Antonio Chaj-Chaj," and<br>a/k/a "Anthony Chavez,"<br><br>*Defendant* | Case No.   23-MJ-8511-BER<br><br>FILED BY ___TM___ D.C.<br>Oct 12, 2023<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - WPB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of   October 7, 2023   in the county of   Palm Beach   in the Southern District of   Florida  , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a), (b)(1) | Illegal Re-entry After Removal or Deportation |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Andy Korzen, TFO, DHS-HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: _____

Bruce E Reinhart
Digitally signed by Bruce E Reinhart
Date: 2023.10.12 12:29:08 -04'00'
*Judge's signature*

City and state:   West Palm Beach, Florida        Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

23-mj-8511-BER

**AFFIDAVIT
OF
ANDY KORZEN
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Antonio CHAY-CHAY, also known as Antonio Chaj-Chaj, and Anthony Chavez committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about October 7, 2023, Antonio CHAY-CHAY was arrested in Palm Beach County, Florida for the offenses of possession of open container of alcohol, and three separate outstanding warrants for failure to appear for arraignments in misdemeanor cases related to driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Antonio CHAY-CHAY is a native and citizen of Guatemala. Records further show that on or about October 17,

1

1998, Antonio CHAY-CHAY was voluntarily removed from the United States and returned to Mexico, as at that time he falsely identified himself as Juan GONZALEZ, a citizen of Mexico.

5. Thereafter, Antonio CHAY-CHAY re-entered the United States illegally and on or about December 15, 2010, was granted voluntary departure. Antonio CHAY-CHAY departed the United States on or about December 20, 2010, and returned to Guatemala.

6. Thereafter, Antonio CHAY-CHAY re-entered the United States illegally, and on or about June 2, 2011, was ordered removed. The Order of Removal was executed on or about June 10, 2011, whereby Antonio CHAY-CHAY was removed from the United States and returned to Guatemala.

6. Thereafter, Antonio CHAY-CHAY re-entered the United States illegally, his prior order of removal was reinstated, and on or about July 6, 2016, was removed from the United States and returned to Guatemala.

7. Prior to his removal on July 6, 2016, Antonio CHAY-CHAY was convicted of the felony offense of illegal re-entry after deportation, on or about June 17, 2016, in the United States District Court, Southern District of Florida. See case number 16-CR-80070-MARRA.

8. Thereafter, Antonio CHAY-CHAY re-entered the United States illegally, his prior order of removal was reinstated, and on or about July 23, 2019, was removed from the United States and returned to Guatemala.

9. Prior to his removal on July 23, 2019, Antonio CHAY-CHAY was convicted of the felony offense of illegal re-entry after removal, on or about June 25,

2019, in the United States District Court, Southern District of Florida.  See case number 19-CR-80058-RUIZ.

10.     Thereafter, Antonio CHAY-CHAY re-entered the United States illegally, his prior order of removal was reinstated, and on or about November 6, 2020, was removed from the United States and returned to Guatemala.

11.     Prior to his removal on November 6, 2020, Antonio CHAY-CHAY was convicted of the felony offense of illegal re-entry, on or about October 19, 2020, in the United States District Court, Southern District of Texas.  See case number 20CR00045-001.

12.     U.S. Department of Homeland Security, HSI Forensic Laboratory Senior Fingerprint Specialist Craig Hellmann conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about October 7, 2023, that is, Antonio CHAY-CHAY, was the same person previously removed from the United States.

13.     A record check was performed in the Computer Linked Application Informational Management System to determine if Antonio CHAY-CHAY filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Antonio CHAY-CHAY obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

14.     Based on the foregoing, I submit that probable cause exists to believe that, on or about October 7, 2023, Antonio CHAY-CHAY, an alien who has previously been

23-mj-8511-BER

deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of October 2023.

**Bruce E Reinhart** Digitally signed by Bruce E Reinhart
Date: 2023.10.12 12:29:49 -04'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE